# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**PATRICK C SMITH**                                                                                    **PLAINTIFF**
**ADC #148562**

v.                                            **Case No. 2:21-cv-00090 KGB**

**DEXTER PAYNE,** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Patrick Smith's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 16th day of December, 2022.

*/s/ Kristine G. Baker*

Kristine G. Baker
United States District Judge